Certificate Number: 15111-CAC-DE-031973483

Bankruptcy Case Number: 18-22613



15111-CAC-DE-031973483

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 1, 2018</u>, at <u>4:32</u> o'clock <u>PM EST</u>, <u>Dan Chi Tran</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:   <u>December 1, 2018</u>

By:   <u>/s/Ryan McDonough</u>

Name:   <u>Ryan McDonough</u>

Title:   <u>Executive Director of Education</u>